IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Biyde Mustapha Momuh,<br><br>           Petitioner,<br><br>vs.<br><br>Crow Wing County Jail et al.,<br><br>           Respondents. | Case No. 0:26-cv-01131-DMT-SGE |

### ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

### INTRODUCTION

[¶ 1] THIS MATTER comes before the Court on a Petition for Writ of Habeas Corpus filed on February 6, 2026. Doc. No. 1. Petitioner filed a previous Petition for Writ of Habeas Corpus on December 29, 2025, which was denied by Judge Paul Magnuson on January 16, 2026. Bidye M. v. Kandiyohi County Jail and United States of America, Civ. No. 25-4791 (PAM/EMB), Doc. Nos. 1, 10 (D. Minn. January 16, 2026).

[¶ 2] Pro se filings are construed liberally. Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004). However, district judges are not "required to entertain an application for a writ of habeas corpus . . . if it appears that the legality of such detention has been determined by a judge or court of the United States on a prior application." 28 U.S.C. § 2244(a). One exception exists for those challenging a sentence. See 28 U.S.C. § 2255. This case is not challenging a sentence and while the location of detention has changed, the underlying reason for detention is the same pending immigration appeal from November 2025. Doc. No. 1. Judge Magnuson determined the legality of this matter.

- 1 -

- 2 -

[¶ 3] Accordingly, for the reasons set forth above, the Petitioner's Habeas Petition is **DENIED**.

This action is **DISMISSED without prejudice**.

[¶ 4]   **IT IS SO ORDERED**.

DATED February 6, 2026.

Daniel M. Traynor, District Judge
United States District Court